UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO PALAFOX, | ) | No. EDCV 16-2248 GJS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) subject to the terms of the stipulation.

DATE: January 10, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-